IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                    Criminal No. 21-476

RODERICK FEURTADO
TAREK BOUANANE

POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said district, and respectfully files this position with respect to sentencing.

Counsel for the government has reviewed the presentence reports for Roderick Feurtado and Tarek Bouanane in the above captioned case and has no changes or additions.  The government reserves the right to argue—either in support of a request for an enhancement under the Sentencing Guidelines, or pursuant to 18 U.S.C. § 3553(a)—that Roderick Feurtado offered false testimony at trial.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

s/Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
Pittsburgh, Pennsylvania 15219
DC ID No. 1018621

1