# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  21-476 |
| | ) | |
| vs. | ) | |
| | ) | |
| RODERICK FEURTADO, | ) | |
| Defendant. | ) | |
| | ) | |

## POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes your Petitioner, Roderick Feurtado, by and through his counsel, Brian D. Aston, Esquire, and files the following Position with Respect to Sentencing Factors:

Counsel has reviewed the Presentence Investigation Report filed at Document 181 with Defendant, and the defendant has the following objections:

1. Defendant objects to paragraph 19, as a vulnerable victim adjustment pursuant to USSG § 3A1.1(b)(1) is not appropriate based upon the evidence presented at trial.

   a. The Evidence at trial indicates that Mr. Feurtado never had any contact with the victims and there was no evidence that he knew or should have known known their ages.  Additionally, the evidence established that Mr. Feurtado selected the victims.  The evidence established that he merely parroted the information provided to him without any specific knowledge.

2. As such, paragraph 21 (adjusted offense level) and paragraph 24 (total offense level) should be 26, rather than 28.

3. Likewise, paragraph 57 should indicate a total offense level of 26, with a guideline imprisonment range of 24 to 78 months, rather than 78 to 97 months.

WHEREFORE, the Defendant, Roderick Feurtado, requests your Honorable Court to grant the Defendant's Motion to and direct that the Presentence Report be adjusted to reflect the correct guideline calculation and sentencing range.

Respectfully submitted,

Date:   December 8, 2023            /s/ Brian D. Aston
                                                      Brian D. Aston, Esquire
                                                      PA ID 73267
                                                      320 South Maple Ave.
                                                      Greensburg, PA  15601
                                                      724-205-6614
                                                   Email: bda@bastonlaw.com