# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  21-476 |
| | ) | |
| vs. | ) | |
| | ) | |
| RODERICK FEURTADO, | ) | |
| | ) | |
| Defendant | ) | |

### **DEFENDANT'S POSITION WITH RESPECT TO PRESENTENCE REPORT**

AND NOW, comes the Defendant, Roderick Feurtado, by and through his counsel, Brian D. Aston, Esquire and submits the following position with respect to Presentence Report:

1. Defense counsel received and reviewed the Presentence Investigation Report prepared for Roderick Feurtado, by the United States Probation Officer, Gregory Wilson, and has reviewed the contents of said report with Mr. Feurtado at the Indiana County Jail.

2. Defense counsel has no objection to the Presentence Investigation Report as drafted and reserves the right to file a sentencing memo at a later date.

Respectfully submitted,

/s/ Brian D. Aston
Brian D. Aston, Esquire
320 South Maple Ave.
Greensburg, PA 15601
724.205.6614
bda@bastonlaw.com
PA Attorney ID # 73267