# United States v. Roderick Feurtado et al

## Criminal No. 21-476

Audio Exhibit A in Support of Government's Sentencing
Memo at ECF No. 195

