# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
) 2:21-CR-476-1
v. )
)
RODERICK FEURTADO, )
)
)
Defendant. )
)
)

| | |
|---|---|
| **Hearing Type:** | Sentencing Hearing |
| **Date:** | 1/19/2024 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Government | Jeffrey Bengel |
| Counsel for Defendant | Brian Aston |
| Court Reporter | S. Siatkowski |
| Law Clerk | ST |
| Start Time | 10:05 a.m. |
| End Time | 11:27 a.m. |

## SUMMARY OF PROCEEDINGS:

Defendant present.

Nine books submitted into evidence by Defendant (images of their covers attached for reference; the physical books will be maintained by the Court as part of the case file). Exhibit A, an audio recording, submitted by the government (a copy of the recording will be maintained by the Court as part of the case file).

As to Count 1 of the Indictment, Defendant sentenced to a term of imprisonment of 120 months, followed by 3 years of supervised release. Fine waived for inability to pay. $100 special assessment imposed. Restitution and forfeiture ordered.

Defense counsel moved to withdraw his appearance and requested that the Clerk file an appeal on Defendant's behalf.  Motion granted.  Corresponding Order to follow.