# MESSAGES FROM THE HEIGHTS

## FOR THIS REASON I CAME TO THIS WORLD

*Roderick E. Feurtado*

# MENSAJES
# DESDE LAS ALTURAS

PARA ESO HE VENIDO AL MUNDO

*Roderick E. Feurtado*

# MESSAGES FROM THE HEIGHTS²

## JESUS CHRIST CALLS THE WORLD



*Roderick E. Feurtado*

# MENSAJES DESDE LAS ALTURAS 2

## JESUCRISTO LLAMA AL MUNDO

*Roderick E. Feurtado*

EDA

# MESSAGES FROM THE HEIGHTS [3]

## THE CHIEF CORNERSTONE

Roderick E. Feurtado

# MENSAJES DESDE LAS ALTURAS ³

## LA CABEZA DE LA PIEDRA ANGULAR



Roderick E. Feurtado

# MESSAGES FROM THE HEIGHTS⁴

## THE ASSEMBLY OF ISRAEL

Roderick E. Feurtado

# MENSAJES DESDE LAS ALTURAS⁴

## LA ASAMBLEA DE ISRAEL

*Roderick E. Feurtado*

# MESSAGES FROM THE HEIGHTS

## FOR THIS REASON I CAME TO THIS WORLD

Roderick E. Furtado