IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 2:21-cr-476 |
| | ) |
| RODERICK FEURTADO, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court is Defendant Roderick Feurtado's pro se "request for modification of forfeiture order amount[,]" which the Court understands to be a motion requesting the Court amend the Court's order granting the government's motion for forfeiture of property, ECF 258, to offset the forfeiture amount by that paid by Mr. Feurtado in restitution to his victims. ECF 259.

For the reasons stated in the government's response, the Court **DENIES** Mr. Feurtado's motion. ECF 261; *see also United States v. Joseph*, 743 F.3d 1350, 1354 (11th Cir. 2014) ("In light of the statutory framework governing restitution and forfeiture, we hold that a district court generally has no authority to offset a defendant's restitution obligation by the value of forfeited property held by the government, which is consistent with the approach taken by the Fourth, Seventh, Eighth, Ninth, and Tenth Circuits." (collecting cases)); *United States v. Sanjar*, 876 F.3d 725, 751 (5th Cir. 2017) (same).

So **ORDERED** this 20th day of June, 2025.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
Roderick Feurtado
#75578-509
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887